## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 84**

In the Matter of                                                                                 Case Number:

Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, trustee v. B-L1 Limited Partnership, a Michigan limited partnership and Epstein Limited Partnership, a Michigan limited partnership

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, trustee

| |
|---|
| NAME (Type or print) <br> Rebecca K. McMahon |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Rebecca K. McMahon |
| FIRM <br> Central States Legal Department |
| STREET ADDRESS <br> 9377 W. Higgins Road |
| CITY/STATE/ZIP <br> Rosemont, IL 60018-4938 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06290192 | TELEPHONE NUMBER <br> (847) 518-9800 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐

**FILED**
**JANUARY 4, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**JUDGE LINDBERG**
**MAGISTRATE JUDGE COLE**