AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

# 08 C 84

### SUMMONS IN A CIVIL CASE

Central States, Southeast and Southwest Areas
Pension Fund and Howard McDougall, trustee

V.

B-L 1 Limited Partnership, a Michigan limited
partnership and Epstein Limited Partnership, a
Michigan limited partnership

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE LINDBERG**
**MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

B-L1 Limited Partnership, a Michigan limited partnership
c/o: Stuart A. Epstein,  Managing Agent
12627 Greenfield Avenue
Detroit, MI 48227

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony E. Napoli
Central States Law Department
9377 W. Higgins Road
Rosemont, IL 60018-4938
(847) 518-9800, Ext. 3702

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

**(By) DEPUTY CLERK**

**January 4, 2008**

Date

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | *1-26-08* |
| NAME OF SERVER *(PRINT)*  *PATRICIA CARTER* | TITLE | *PROCESS SERVER* |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant.  Place where served:  *5695 Silver Pond West Bloomfield Mi 48322*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   *1-26-08*         *Patricia Carter*
　　　　　　　　　Date　　　　　　　Signature of Server

*PO Box 805940 St Clair Shores Mi 48080*
　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.