**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Central States, Southeast and Souhwest Areas
Pension Fund, et al.

                                            Plaintiff,

v.                                                Case No.: 1:08−cv−00084
                                                Honorable George W.
                                                Lindberg

B−L1 Limited Partnership, et al.

                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

      MINUTE entry before the Honorable George W. Lindberg: Status hearing held. Discovery cutoff set for 9/17/2008. Discovery hearing set for 9/17/2008 at 9:30a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.