IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 08 C 0084 |
| B-L1 LIMITED PARTNERSHIP, a Michigan limited partnership and EPSTEIN LIMITED PARTNERSHIP, a Michigan limited partnership, | ) ) ) ) ) ) | Honorable George W. Lindberg Distict Judge |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:  Paul A. Gajewski
　　　Axelrod, Goodman, Steiner & Bazelon
　　　39 South LaSalle Street
　　　Suite 920
　　　Chicago, Illinois 60603

　　　PLEASE TAKE NOTICE that on Wednesday, August 20, 2008 at the hour of 9:30 a.m., or as soon thereafter as counsel may be heard, the Plaintiffs' attorney will appear before the Honorable George W. Lindberg Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Chicago, Illinois, or such other Judge as may be sitting in his stead, and present the attached Plaintiffs' Motion for

F:270678 / 07410022 / 8/13/08            -1-

Leave to File a First Amended Complaint and for Extension of Discovery Schedule to December 1, 2008.

                                      Respectfully submitted,

                                      /s/Anthony E. Napoli
                                      Anthony E. Napoli
                                      Attorney for Plaintiffs
                                      Central States, Southeast and
                                      Southwest Areas Pension Fund
                                      9377 W. Higgins Road, 10th Floor
                                      Rosemont, Illinois  60018-4938
                                      (847) 518-9800, Ext. 3702
                                      ARDC # 06210910
                                      tnapoli@centralstatesfunds.org

## CERTIFICATE OF SERVICE

I, Anthony E. Napoli, one of the attorneys for Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund, certify that on the 13th day of August, 2008, I caused the foregoing Plaintiffs' Notice of Motion and Motion for Leave to file a First Amended Complaint and for Extension of Discovery Schedule to December 1, 2008 to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system.

Paul A. Gajewski
Axelrod, Goodman, Steiner & Bazelon
39 South LaSalle Street
Suite 920
Chicago, Illinois 60603

/s/ Anthony E. Napoli
Anthony E. Napoli