# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 84 | **DATE** | 8/14/2008 |
| **CASE TITLE** | Central States, Southeast and Southwest Area Pension Fund, et al. v. B-L1 Limited Partnership, et al. | | |

**DOCKET ENTRY TEXT**

The motion for leave to file a First Amended Complaint and for extension of the discovery schedule [20] is granted. Plaintiffs are ordered to file their First Amended Complaint as a separate, independent entry on the docket. The discovery schedule the court entered on 6/25/08 is vacated. Discovery cutoff now set for 12/1/08. The status hearing set for 9/17/2008 at 9:30 a.m. remains.

Docketing to mail notices.

| | Courtroom Deputy Initials: | slb |
|---|---|---|